B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## District of South Dakota

**IN RE:**  
**Mineral Technology Corporation**  
Debtor(s)

Case No. _____  
Chapter **11**

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Mary Cullum Estate<br>Attn: Ruth Ankeny<br>PO Box 230<br>Jackson, WY 83001 | Jess Pekarski<br>Costello Porter Law Firm<br>PO Box 290<br>Rapid City, SD 57709<br>(605) 343-2410 | Trade debt | | 608,078.49 |
| Robert Cullum Estate<br>Attn: Ruth Ankeny<br>PO Box 230<br>Jackson, WY 83001 | Jess Pekarski<br>Costello Porter Law Firm<br>PO Box 290<br>Rapid City, SD 57709<br>(605) 343-2410 | Trade debt | | 331,509.24 |
| Duane Pankratz<br>PO Box 650<br>Keystone, SD 57751 | John K. Nooney<br>Nooney & Solay, LLP<br>PO Box 8030<br>Rapid City, SD 57709<br>(605) 721-5846 | Trade debt | Disputed | 300,000.00 |
| Clarkson Construction Company<br>4133 Gardener Avenue<br>Kansas City, MO 64120 | Eldon Eikenberry<br>(816) 483-8800 | Trade debt | | 37,789.33 |
| Acid Products Company, Inc.<br>600 W. 41st Street<br>Chicago, IL 60609 | (773) 254-5222 | Trade debt | | 20,000.00 |
| Freightquote.Com<br>1495 Paysphere Circle<br>Chicago, IL 60674 | (800) 323-5441 | Trade debt | | 17,057.43 |
| Scott Cullum Estate<br>25175 US Highway 385<br>Custer, SD 57730 | Marilyn Montgomery<br>(605) 381-0905 | Trade debt | | 15,000.00 |
| The Quartz Corporation<br>PO Box 116885<br>Atlanta, GA 30368-6885 | Travis Carter<br>(770) 392-8660 | Trade debt | | 13,400.00 |
| River City Environmental, Inc.<br>PO Box 30087<br>Portland, OR 97294 | (503) 252-6144 | Trade debt | | 13,042.55 |
| Jerry Spencer<br>676 Rambling Drive<br>W. Palm Beach, FL 33414 | (561) 722-2596 | Trade debt | | 7,152.15 |
| AGSCO Corp.<br>160 W. Hintz Road<br>Wheeling, IL 60090-5755 | (847) 520-4455 | Trade debt | | 4,500.00 |
| AAA Collections, Inc.<br>P.O. Box 881<br>Sioux Falls, SD 57101-0881 | (605) 339-1333 | Trade debt | | 1,376.90 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **A&B Welding Supply Co, Inc**<br>PO Box 2053<br>Rapid City, SD  57709 | (605) 343-5365 | Trade debt | 1,198.91 |
| **Lohf, Shaiman & Jacobs, P.C.**<br>950 South Cherry Street<br>900 Cherry Tower<br>Denver, CO  80246 | Dave Ebner<br>(303) 753-9000 | Trade debt | 1,050.00 |
| **City Of Edgemont**<br>Box A<br>Edgemont, SD  57730 | (605) 662-7422 | Trade debt | 986.80 |
| **Dakota Stone**<br>23663 Palmer Gulch Road<br>Hill City, SD  57745 | James Dean<br>(605) 574-2760 | Trade debt | 910.35 |
| **Berkley Risk Administrators Company**<br>2510 E. Erwin Street, #2<br>Pierre, SD  57501 | (605) 945-2144 | Trade debt | 859.80 |
| **Custer Gas Services, Inc.**<br>PO Box 569<br>Custer, SD  57730 | (605) 673-4665 | | 330.60 |
| **Black Hills Power**<br>P.O. Box 6001<br>Rapid City, SD  57709-6001 | Kristy<br>(605) 673-4455 | | 319.78 |
| **Golden West Telecommunications**<br>PO Box 411<br>Wall, SD  57790 | (605) 745-3103 | | 146.06 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 23 July 2015        Signature: *[signature]*

Stanford Adelstein, Chairman, Board Of Directors

(Print Name and Title)